IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

CARMELLE JAMISON                                                                              PLAINTIFF

V.                                                               CIVIL ACTION NO.: 4:14-cv-170-SA-JMV

JOURNEY'S                                                                                    DEFENDANT

ORDER ADOPTING REPORT AND RECOMMENDATION

On consideration of the record of this action, the court finds that the Report and Recommendation [31] of the United States Magistrate Judge dated November 23, 2015, was on that date duly mailed to pro se plaintiff via USPS; that more than fourteen days have elapsed since service of said Report and Recommendation; and that no objection thereto has been filed or served by any party. The court is of the opinion that the magistrate judge's Report and Recommendation should be approved and adopted as the opinion of the court. It is, therefore,

**ORDERED:**

1. That the Report and Recommendation of the United States Magistrate Judge dated November 23, 2015, is hereby approved and adopted as the opinion of the court.

2. That the Defendant, Journey's, Motion for Summary Judgment is **GRANTED**.

3. That this case is hereby **CLOSED.**

**THIS**, the 4th day of January, 2016.

                                                /s/ Sharion Aycock
                                                **U.S. DISTRICT JUDGE**